IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10291
Conference Calendar

_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARIO MEDINA-GONZALEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:99-CR-287-1-L
--------------------
October 19, 2000
Before SMITH, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Mario Medina-Gonzalez appeals his sentence following his guilty plea conviction for illegal re-entry after deportation in violation of 8 U.S.C. § 1326. Medina-Gonzalez argues that his prior felony conviction was an element of the offense of his conviction. Medina-Gonzalez acknowledges that his argument is foreclosed by <u>Almendarez-Torres v. United States</u>, 523 U.S. 224 (1998), but he seeks to preserve the issue for Supreme Court review in light of <u>Apprendi v. New Jersey</u>, 120 S. Ct. 2348 (2000).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Medina-Gonzalez's argument is foreclosed by <u>Almendarez-Torres</u>, 523 U.S. at 235.

AFFIRMED.